**THIS ORDER IS SIGNED AND ENTERED.**

Dated: March 1, 2018

**Hon. Brett H. Ludwig**
**United States Bankruptcy Judge**

UNITED STATES BANKRUPTCY COURT FOR THE
WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| IN RE<br>John Allen Jokinen dba Highbridge Hills Disc Golf / Johnny's Silent Sports Mecca dba Johnny's Construction dba Sports Up North   and Linda Marie Jokinen<br><br>     Debtors. | Chapter: 13<br><br>Case No. 17-12681-bhl |

**ORDER PURSUANT TO HEARING UPON DITECH FINANCIAL LLC'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY AND ABANDONMENT**

Pursuant to the motion for relief from the automatic stay and abandonment of Ditech Financial LLC, its successors and/or assignees (hereinafter "the movant") with respect to the property located at 68446 Mile Rd, High Bridge, WI 54846-8300, this matter was heard on February 26, 2018, the movant appearing through its counsel, Gray & Associates, L.L.P., by Christopher C. Drout, and the debtor(s) appearing through The Swenson Law Group, by Evan M. Swenson, and upon the arguments and statements of counsel and all the files, records and proceedings herein,

IT IS HEREBY ORDERED that the motion is denied subject to the following terms and conditions:

Drafted by:

Christopher C. Drout
Gray & Associates, L.L.P.
16345 West Glendale Drive
New Berlin, WI 53151-2841
Phone: (414) 224-8404
Fax: (414) 224-1279
Email: cdrout@gray-law.com

1. That the post-petition arrearage which exists through the end of February 2018 is itemized as follows:

| | |
|---|---|
| 10/17 through 2/18 | $5,841.30 |
| 5 mortgage payments @ $1,168.26 | |
| TOTAL ARREARAGE | $5,841.30 |

2. That the debtors shall cure the post-petition arrearage through February 2018 by paying the sum of $5,841.30 to the movant in sufficient time to be received on or before March 31, 2018. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

3. That commencing in March 2018 through and including August 2018, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, the movant, its servicing agent or its counsel may submit an affidavit of default and proposed order for immediate relief from the automatic stay to the court for signature.

4. That commencing in September 2018, the debtors shall make all monthly mortgage payments to the movant in sufficient time to be received on or before the 16th day of each month in which each such payment is due. In the event any such payment is not received in a timely manner, counsel for the movant may request by letter another hearing upon the motion for relief from the automatic stay.

5. That abandonment of the trustee's interest in the property pursuant to 11 U.S.C. § 554 shall be effective when the automatic stay no longer applies to the movant and its interest in the property.

6. That pending further notice, the amount of the monthly mortgage payment is $1,168.26 and payments shall be made to the movant at Ditech Financial LLC, P.O. Box 0049, Palatine, IL 60055-0049.

#####